

ORDERED in the Southern District of Florida on January 15, 2025.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:

| | |
|---|---|
| ISAAC HALWANI and<br>GISELLE HALWANI, | Case No.: 22-14959-LMI<br>Chapter 7 |
|       Debtor.<br>_____/ | |
| JUAN PABLO VERDIQUIO, *et al*, | Adv. Case No. 24-01005-LMI |
|       Plaintiff,<br>v. | |
| MARCIA T. DUNN, AS TRUSTEE FOR<br>THE ESTATE OF ISAAC HALWANI and<br>GISELLE HALWANI, *et al,* | |
|       Defendants.<br>_____/ | |

## ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

     Based on the Agreed Order approving a settlement entered in the main case on January 3, 2025 [ECF# 608 in Case No. 22-14959-LMI], it is -

**ORDERED** that this adversary proceeding is dismissed. The Court reserves jurisdiction to enforce any judgment entered pursuant to the settlement.

#    #    #

**Copies to:**
David A. Blanky, Esq.

*Attorney Blansky is directed to serve a copy of this Order on all interested parties herein and file a Certificate of Service.*